IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VERHINE & VERHINE PLLC and
P. KELLY LOYACONO PLLC                                      PLAINTIFFS

VS.                                              Civil Action No. 5:06cv109DCB-JMR

CARDIOVASCULAR SONOGRAPHERS, INC.,
PREFERRED MEDICAL DIAGNOSTIC
MANAGEMENT, LLC, DON EMERY, LINDA
BEST, MARY JANE QUINN, WILL CLARK,
CHRISTINE LUDWIG, SHAWN CROSS,
CONNIE BURTON, ADRIENNE POLITOWICZ,
MELANIE HYPSH, CONNIE VASQUEZ,
SHERRI JENKINS, and LESLIE PRATT                            DEFENDANTS

## ORDER OF DISMISSAL

This matter is before the Court on the motion ore tenus and request of the parties to dismiss this action with prejudice on the ground that the parties have entered into a settlement agreement which resolves the claims and counterclaims in this action, as more specifically provided for in the settlement agreement. Having considered the motion, and being fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action and all claims and counterclaims herein are dismissed with prejudice, and that the parties shall bear their own respective costs and attorneys' fees.

**SO ORDERED**, this the __5th__ day of April, 2007.

                                              __s/ David Bramlette__
                                              **UNITED STATES DISTRICT JUDGE**

Agreed:


s/Christy Michelle Sparks
Christy Michelle Sparks (MBN 101381)
Attorney for Plaintiffs
COPELAND, COOK, TAYLOR & BUSH, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39157



s/Nancy Guy Armstrong
Nancy Guy Armstrong (MBN 10277)
Attorney for Defendants
The Miller Firm
108 Railroad Avenue
Orange, Virginia 22960